RECEIVED
IN LAKE CHARLES, LA

DEC 05 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FRANCES DELON** | : | **DOCKET NO. 2:04 CV 1419** |
| **VS.** | : | **JUDGE MINALDI** |
| **LCR-M LIMITED PARTNERSHIP** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion for Summary Judgment [doc. 28] filed by the defendant, LCR-M Limited Partnership ("LCR-M") IS GRANTED and the plaintiff's claims are DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this ___ day of ~~October~~ December, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE